UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-182-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> GREGORY SCOTT CORBETT | ORDER TO SEAL |

On motion of the Defendant, Gregory Scott Corbett, and for good cause shown, it is hereby ORDERED that the **[DE 29]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 4th day of May, 2015.

*/s/ Louise W. Flanagan*
LOUISE WOOD FLANAGAN
United States District Judge