UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-182-FL

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          ORDER
                                  )
GREGORY SCOTT CORBETT             )


This matter is before the court upon Motion of the United States for return of seized property. It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Benson Police Department is in possession of said seized property.

For good cause shown, IT IS THEREFORE ORDERED that the Motion of the United States be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the following property shall be returned to First Federal Bank: $56,290 in United States currency.

The Clerk is directed to provide certified copies of this Order to the Benson Police Department, Benson, North Carolina, and the United States Attorney.

SO ORDERED this the 7th day of December , 2015.

_____
Louise Flannagan
United States District Judge